**Order entered February 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01450-CV

## RES-TX BOULEVARD, L.L.C., Appellant

### V.

## BOULEVARD BUILDERS/CITTA TOWNHOMES, LP ET AL., Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-02921

## ORDER

The reporter's record is overdue in this appeal. Accordingly, the Court **ORDERS** court reporter Antoinette Reagor to file, within **THIRTY DAYS** of the date of this order, either: (1) written verification no hearings were recorded; (2) written verification appellant has not requested or paid for the reporter's record; or (3) the complete reporter's record, including exhibits. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Antoinette Reagor, official court reporter of the 68th Judicial District Court, and to counsel for all parties.

/s/    CAROLYN WRIGHT
         CHIEF JUSTICE